**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Marcos M. Cortez           JOINT DEBTOR: _____           CASE NO.: _____
Last Four Digits of SS# 4572       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 2,314.00  for months  1  to  60  ;
  B.  $_____ for months ____ to ____;
  C.  $_____ for months ____ to ____; in order to pay the following creditors:

Administrative:  Attorney's Fee - $3,500.00
                 Total Fee:       $3,500.00
                 Total Paid:      $1,750.00
                 Balance Due:     $1,750.00 payable $291.67 /month (Months 1-6)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. PNC Mortgage                     Arrearage on Petition Date  $ 17, 816.00
Address: P.O. Box 6534
         Carol Stream, IL 60197-6534   Arrears Payment   $   90.00   /month (Months  1  to  6  )
                                       Arrears Payment   $  319.93   /month (Months  7  to  60 )
   Account No: 8087                    Regular Payment   $ 1,674.00  /month (Months  1  to  60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1 _____            Total Due $_____
  _____            Payable $_____ /month (Months __ to __)  $____/month (Months __ to __)

Unsecured Creditors:    Pay $ 26.93 /month (Months  1  to  6 )  $ 88.67  /month (Months  7  to  60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Homestead Property: 13637 SW 112th Lane, Miami, FL 33186**
Debtor is current on his HOA payments with The Crossings Homeowner Association, Inc. (Acct. No. 1040) and is paying said creditor direct and outside the Chapter 13 Plan.

Debtor is current with the IRS and is paying said creditor direct and outside the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Mercy Saladrigas
Mercy Saladrigas, Esq.

Date: September 29, 2015